

FILED
CLERK, U.S. DISTRICT COURT
10/12/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Flor Funes, | CASE NUMBER: |
| --- | --- |
| Plaintiff, | ED CV 17-1757-MWF (KS) |
| v. | **ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |
| Rancho Cucamonga, S.C. | |
| Defendant(s). | |

On September 6, 2017, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to pay the filing fee in full or file a First Amended Complaint with a complete Request to Proceed Without Prepayment of Filing Fees within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: October 12, 2017

_____
United States District Judge

Presented by:

_____
United States Magistrate Judge